■ In the Matter of SAMANTHA K., an Infant. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KENNETH K., Appellant. [879 NYS2d 804]—Motion for leave to appeal to the Court of Appeals denied. Present—Martoche, J.P., Fahey, Green, Pine and Gorski, JJ.

■ In the Matter of JOHN NEVAREZ, Petitioner, v CARL B. HUNT, Superintendent, Groveland Correctional Facility, Respondent. [879 NYS2d 804]—Motion for leave to appeal to the Court of Appeals denied. Present—Martoche, J.P., Smith, Centra, Fahey and Pine, JJ.

■ In the Matter of COUNTY OF HERKIMER, Respondent, v RICHARD F. DAINES, as Commissioner of New York State Department of Health, et al., Appellants. In the Matter of COUNTY OF NIAGARA, Respondent, v RICHARD F. DAINES, as Commissioner of New York State Department of Health, et al., Appellants. [879 NYS2d 804]—Motion for leave to appeal to the Court of Appeals denied. Present—Martoche, J.P., Smith, Centra, Fahey and Pine, JJ.

■ In the Matter of the Arbitration between ROBERT E. PURCELL, Appellant and MARJAMA & BILINSKI, Formerly Known as WALL, MARJAMA & BILINSKI, LLP, Respondent. [879 NYS2d 804]—Motion for leave to appeal to the Court of Appeals denied. Present—Martoche, J.P., Smith, Centra, Fahey and Pine, JJ.

■ JOSEPH P. HYLANT, Appellant, v MANUFACTURERS AND TRADERS TRUST COMPANY, Respondent. [879 NYS2d 804]—Motion for reargument denied. Present—Hurlbutt, J.P., Smith, Fahey, Green and Pine, JJ.

■ PATRICK M. SCIORTINO, Individually and as Administrator of the Estate of ANTHONY J. SCIORTINO, JR., Deceased, Respondent, v MARK A. LEO, Defendant, and ONEIDA COUNTY DEPARTMENT OF EMERGENCY SERVICES et al., Appellants. [879 NYS2d 804]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Smith, Fahey, Green and Pine, JJ.

■ In the Matter of JOANNE OUTLEY, Respondent, v UPSTATE MEDICAL UNIVERSITY, Appellant. [879 NYS2d 804]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra, Fahey and Pine, JJ.